8:21-cv-29-WFJ-JSS

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
• 801 North Florida Avenue Tampa, Florida 33602 •

### 𝔗𝔯𝔦𝔟𝔲𝔫𝔞𝔩[1]: 𝔚𝔢 𝔗𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢'𝔰 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔊𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔶[2, 3]
### 𝔖𝔲𝔯𝔢𝔱𝔦𝔢𝔰 𝔬𝔣 𝔱𝔥𝔢 𝔓𝔢𝔞𝔠𝔢[4, 5]
### Original Jurisdiction Common law

1245 South Powerline Road, Suite 104, Pompano Beach, Florida 33069

**JURISDICTION:** Court of Record[6] under the rules of Common Law
Case No. 1776-1789-2021 dejure
Federal Case No. _____

*********************************************************

### Plaintiff-Declarant-Injured Party
Andramedia Cheryl Robinson
also known by my married name
Andramedia Cheryl Robinson-Washington
Common Law Private American-Civilian
Beneficiary, One of We the People[7],
All rights and liberties reserved, none waived
Email: defendur23@protonmail.com
*****************************************

**NOTICE OF DEMAND FOR ORDER AND FINAL JUDGMENT AND FOR WRIT OF MANDATE**

### Defendants-Wrong-Doers-Liable Parties

LORIN BROWN, CLAIMS ADJUSTER II, as an individual, and as an employee of BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet;

BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet, as respondeat superior;

WAYNE FLETCHER, DIRECTOR OF RISK MANAGEMENT, as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet;

---

1 TRIBUNAL [Black's 4th] The whole body of judges who compose a jurisdiction; a judicial court; the jurisdiction which the judges exercise. See Foster v. Worcester, 16 Pick. (Mass.) 81.

2 WTPSCLGJ is comprised of a Grand Jury unified amongst the counties within their respective States. We are an assembly of common law private American citizens-civilians in the name of We the People to suppress, through our Courts of Justice, subverts, both foreign and domestic, acting under color of law within our governments.

BERTHA HENRY, BROWARD COUNTY ADMINISTRATOR; as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet;

JEFFREY SCOTT BROWARD TRANSIT CHIEF as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet;

CHRIS WALTON, TRANSPORTATION DEPARTMENT DIRECTOR as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet;

AKEEM R. THOMPSON, BUS DRIVER as an individual, and as an employee of BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet.

## **CLAIM**

**For the Record**:

Plaintiff-declarant-injured, aggrieved party, a common law private American citizen-civilian, a natural-born, living, competent woman on the land, one of We the People[7], is the beneficiary of the constitution for the united states of America. Plaintiff-declarant-beneficiary is an aggrieved woman and has been injured.

1.  Plaintiff-declarant-injured, aggrieved party-beneficiary hereby incorporates by reference her Notice of Demand, dated April 15, 2020 (amended to say 2021), a true and correct copy attached hereto and made a part hereof, marked Exhibit 1

2.  A true and correct copy of proof of service of said Notice of Demand on April 20, 2021, upon Defendants' Exhibit 4, is attached hereto.

3.  Plaintiff-declarant-injured, aggrieved party-beneficiary hereby incorporates by reference her Estoppel by Acquiescence, Collateral Estoppel, Promissory Estoppel, Res Judicata Estoppel

---

[3] "THE GRAND JURY is an institution separate from the courts over whose functioning the courts do not preside... the Grand Jury is mentioned in the Bill of Rights but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three (3) Articles. It is a constitutional fixture in its own right. In fact, the whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the People...The Grand Jury's functional independence from the Judicial Branch is evident, both in the scope of its power to investigate criminal wrongdoing and in the manner in which that power is exercised. 'Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the Grand Jury can investigate merely on suspicion that the law is being violated; or, even because it wants assurance that it is not.'" United States v.John H. Williams, 112 S. Ct. 1735, 504; U.S. 36, 118, L. Ed. 2d, 352, (1992).

Robinson vs. Brown, et al.

      Certificate, dated July 1, 2021, a true and correct copy attached hereto and made a part hereof, marked Exhibit 2.

4. A true and correct copy of proof of service of said Estoppel Certificate upon Defendants, marked Exhibits 5, 6, 7, 8 are attached hereto.

5. A true and correct copy of Plaintiff's Notice of Mediation Conference, dated July 26, 2021, marked Exhibits 9, and Zoom Meeting Notice, dated August 5, 2021, marked Exhibit 10, are attached hereto.

6. A true and correct copy of proof of service of said Notices of Mediation Conference and Zoom Meeting Notice upon Defendants, marked Exhibits 11, 12, 13, 14 are attached hereto.

7. A true and correct copy of Plaintiff-declarant-injured party beneficiary's Final Notice Before Commencing Lawsuit Against You to Collect $6.35 Million Money/Damages You Owe Me, dated November 24, 2021, hereto marked Exhibit 3, is attached.

8. A true and correct copy of proof of service of said Final Notice Before Commencing Lawsuit Against You to Collect $6.35 Million Money/Damages You Owe Me, marked Exhibits 15, 16, 17 are attached hereto.

9. The Defendants-wrongdoers-liable parties have interfered with Plaintiff-declarant-injured party beneficiary's rights. The Defendants-wrongdoers-liable parties, having an oath of public trust, failed to follow the rules, according to franchise dictate. They have breached public trust, have breached fiduciary duty, and have violated their trust with state and federal governments.

## COUNT 1

### Default on Mediation Conference/Zoom Meeting

All above-listed Defendant-Wrongdoers-Liable Parties DEFAULTED on Zoom Mediation Conference by deliberately, willfully failing to show up/to attend.

---

4 Grand Jury The sureties of the peace of faithful service; - Magna Carter, paragraph 49

5 SURETIES OF THE PEACE: If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein. - Magna Carta Paragraph 52.

Robinson vs. Brown, et al.

## COUNT 2

### Breach/violation of required contract terms

41 U.S. Code § 6503: All listed Defendants have breached said contract (Notice of Demand and Estoppel) by willfully and deliberately refusing to uphold/act on Defendant-Wrongdoers-Liable Parties' end of said contract and to pay the $6.35 Million U.S. Dollars money damages compensation they agreed to pay to Plaintiff.

## COUNT 3

### Deprivation, interference, and failure to protect rights

42 U.S.C. §§ 1983, 1985, 1986, 1988; 18 42 U.S.C. §§ 241, 242, 246, 371: Depriving, interfering, and failure to stop a wrong, failure to protect Plaintiff's rights to her money, aid money owed to her; withholding and failure to pay money owed to Plaintiff.

## COUNT 4

### Violation of First, 4th, 5th, 6th, 7th, 8th, 9th, 14th Amendments to the constitution for the united states of America

Wrongful withholding from Plaintiff said money damages compensation (property) that belong to Plaintiff without due process of law.

## COUNTS 5 AND 6

### Violation of Federal Tort Claims Act, Breach of Contract

Deliberate failure and refusal to compensate Plaintiff for said injuries caused by said bus accident and for violations committed against Plaintiff-Declarant-Injured Party-Beneficiary for which Defendants' agreed to compensate Plaintiff in said contract.

## COUNT 7

### Obstruction of Justice

---

[6] "A Court of Record is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial". Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc.Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

18 U.S.C. § 1503; Defendant-Wrongdoers-Liable Parties are operating under color of law without having ANY oath of office and without having any public official/surety bond in violation of 4 U.S. Code § 101; Uniform Bonding Code 5.3; 18 USC §§ 912, 2381, 2383, 2382, 2384; 241, 242, 371, and 1628; Florida Constitution Article II Section 5 (b); Florida Statute Chapters 876.05, 876.06, 876.08, 876.09, 876.10, 817.535 (e), 838.014, 843.08; "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932; obeying conspirators, felony rescue . [4 Bl.Comm. 74, 75; 4 Steph. Comm. 183, 184] "Treason" consists of two elements: Adherence to the enemy, and rendering him aid and comfort. Cramer v. U. S., U.S.N.Y., 65 S.Ct. 918, 932, 325 U.S. 1, 89 L.Ed. 1441; official misconduct - Florida Statute Chapters 838.022; failure to perform public official duties, breach of public trust - Chapter 112, Part III. The above-listed Defendant-Wrongdoers-Liable Parties have NO standing whatsoever in court or outside of court.

## COUNT 8

### FURTHER PAIN AND SUFFERING CAUSED BY DEFENDANTS' BREACH OF CONTRACT AND WILLFUL, REFUSAL TO PAY PLAINTIFF MONEY DAMAGE COMPENSATION THEY OWE AND AGREED TO PAY

As a proximate result of Defendants-Wrongdoers-Liable parties' unconstitutional act of Breach of Contract by their failing and refusing to pay the money damages compensation that they agreed to pay and that they owe to Plaintiff-Declarant-Injured Party-Beneficiary for injuries listed in said Notice of Demand and Estoppel Certificate, Plaintiff-Declarant-Injured Party-Beneficiary has further suffered the following further injuries: re-injuries; injuries not healing properly due to lack of funds for required/necessary diagnostic tests, medical treatment and surgeries (medical insurance does not pay for); poverty; loss of said money damages/funds; decline in health; shock; mortification; anger; anxiety; indignity; embarrassment; apprehension; grief; ordeal; depression; humiliation; emotional distress; crying jags; asthma attacks; financial injuries and harm; risk of eviction from her home; risk of re-occurring homelessness; inability to pay household bills and maintenance; sustained said injuries listed in Notice of Demand; inadequate medically covered transportation to required/necessary doctor appointments, costs and co-pays for doctor visits not covered by medical insurance, physical therapy, surgery; and inadequate transportation to necessary household errands and to the pharmacy to pick up prescribed medicine for life-threatening illnesses; lack of all necessities listed in said Notice of Demand and Estoppel Certificate; lack of specialist doctor-recommended diet for life-threatening illnesses; and

---

7 **PEOPLE**: People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgia at 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]; The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7].

lack of specialist doctor-recommended medications for life-threatening illnesses not covered by medical insurance.

## JURISDICTION

Common law Court of Record (Law of the land)

### DEMANDS TRIAL BY INDEPENDENT COMMON LAW JURY.

### ORDER DEMANDED

1. That aggrieved Plaintiff-declarant-injured party-beneficiary is granted compensation and restored from injury and damages.

2. That said contract (Notice of Demand and Estoppel Certificate) is enforced.

3. That Defendants-Wrongdoers-Liable Parties BROWARD COUNTY and said COUNTY's employees pay said $6.35 Million U.S. Dollars money damages owed to Plaintiff-declarant-injured party-beneficiary directly to Plaintiff-declarant-injured party-beneficiary Andramedia Cheryl Robinson immediately and without further delay as follows:

    (A) Defendant BROWARD COUNTY CORPORATION pays $6,050,000 U.S. Dollars (six million fifty thousand U.S. Dollars).

    (B) All six remaining Defendants, as individuals, <u>each pays</u> $50,000 U.S. Dollars (fifty thousand U.S. Dollars), a total of $300,000 (three hundred thousand U.S. Dollars) collectively.

    (C) All listed Defendants make checks or money orders payable to:
    Andramedia Cheryl Robinson.

    Remit/deliver said payment to:
    1245 South Powerline Road, Suite 104, Pompano Beach, FL 33069.

4. That, pursuant to said Notice of Demand and Estoppel, all issues are deemed settled RES JUDICATA, STARE DECISIS, PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. Defendants-Wrongdoers-Liable Parties may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.

5. That, pursuant to said Notice of Demand and Estoppel, any action(s), by Defendants-Wrongdoers-Liable Parties in any court or other forum, undertaken against claimed Plaintiff-Declarant-injured party-claimed beneficiary outside said Administrative Remedy by Defendant-wrongdoers

Robinson vs. Brown, et al.

Respondents, is a trespass against Plaintiff-Declarant-injured party-claimed beneficiary, and will result in an increase in the amount of the Demand of ten (10) times the original amount and will continue to increase in the same amount of any additional trespasses.

6. A Writ of Mandate, enforcing said Order and Final Judgment.

7. And any other remedy the jury deems appropriate.

*Affidavit* pursuant *to* 28 U.S. Code § 1746

See Dickerson vs. Wainwright, 626 F.2d Title 1184, held affidavit sworn true and correct under penalty of perjury has full force of law and does not have to be verified by Notary Public to have same effect.

A free and independent woman declares under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed on this 28th day of December 2021 A.D.

Without prejudice, all rights and liberties reserved, none waived,

*Andramedia Cheryl Robinson-Washington*

𝔚𝔢 𝔱𝔥𝔢 𝔓𝔢𝔬𝔭𝔩𝔢, Andramedia Cheryl Robinson-Washington
A natural born, living, competent woman on the land
Common law private American Citizen-Civilian
Beneficiary, In propria persona
1245 South Powerline Road, Suite 104
Pompano Beach, Florida Republic
Email: defendur23@protonmail.com

Original jurisdiction common law

Notice: The common law private American citizen-civilian filing this case is not an attorney nor is a legal professional bound to use civil forms. Nevertheless, the basic information requested is provided, as a courtesy on this privately created coversheet.

| Non-Statutory **COVER SHEET COURT OF RECORD** Status – Sovereign[1] Law ☑ - or - Equity ☐ | Date: 12/28/ 2021   County: _____   Docket Number: _____ This is a universal prima facie common law form used for non-statutory "actions at law" only, *No Filing Fee* for cases proceeding under the rules of Natural Law[2,3]. |
|---|---|

| ☐ County Court ☐ State Court ☑ Federal Court | Name of Court: United States District Court for the Middle District of Florida<br><br>Court Address: 801 North Florida Avenue Tampa, Florida 33602<br><br>Tribunal: We the People's Common Law Grand Jury<br><br>Court Address: 1245 South Powerline Road, Suite 104, Pompano Beach, Florida Republic [33069] |
|---|---|

| I. (a) Plaintiff (Claimant)-Declarant-Aggrieved Party, Andramedia Cheryl Robinson, also known by her married name, Andramedia Cheryl Robinson-Washington, a natural-born, living, woman on the land, common law private American citizen-civilian-beneficiary, all rights reserved, none waived<br><br>(b) Inhabitant within Broward the County of Broward | **Defendants-Wrongdoers** BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet, as respondeat superior; LORIN BROWN, CLAIMS ADJUSTER II, as an individual, and as an employee of Defendant BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet; WAYNE FLETCHER, DIRECTOR OF RISK MANAGEMENT, as an individual, as Respondeat superior, and as an employee of Defendant BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet; JEFFREY SCOTT BROWARD TRANSIT CHIEF as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet; |
|---|---|

Original jurisdiction common law

|  | BERTHA HENRY, BROWARD COUNTY ADMINISTRATOR; as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY, a private corporation, registered on Dun & Bradstreet; <br> CHRIS WALTON, TRANSPORTATION DEPARTMENT DIRECTOR as an individual, as respondeat superior, and as an employee of Defendant BROWARD COUNTY/BROWARD COUNTY TRANSIT, a private corporation, registered on Dun & Bradstreet; <br> AKEEM R. THOMPSON, BUS DRIVER as an individual, and as an employee of BROWARD <br><br> Count of residence of parties: unknown; within Broward, Dade, and Palm Beach Counties, Florida |
|---|---|
| **Assistance of Counsel** Use page 2 to list contact info <br><br> We the People's Supreme Common Law Grand Jury <br> 1245 South Powerline Road, Pompano Beach, Florida Republic [33069] | **Assistance of Counsel** (*if known*) Use page 2 to list contact info <br><br> **Attorney: Not permitted** |
| **II. Basis of Jurisdiction** <br><br> Common law Court of Record (Law of the land[4]) | **III. Citizenship of Principal Party** <br><br> A common law private American citizen-civilian |
| **IV. Nature of Suite:** Contract and indebtedness        ☐ Other ||
| **CRIMINAL CASES** • Law Enforcement Criminal Report No ☑  Yes ☐ Attached ||
| • Grand Jury Indictment – No ☑  Yes ☐ Attached ||
| **V. Origin:**        ☑ Original Proceeding ||
| **VI. Cause of action:**        Claim ||
| Has this action or one essentially the same been previously filed in Federal Court at any time? No ☑ Yes ☐ Equity ☐ -or- Law ☐ <br> Case heard _____  Judge/Magistrate Previously Assigned _____ <br> If yes was this case Vol. ☐ Invol. ☐ Dismissed No☐ Yes☐ If yes, give date _____ & Case No. _____ ||
| **VII. Demanded in the Claim:**        Demands common law court of record trial by jury . <br> Demand Amount  $6.35 Million U.S. Dollars        ☑ Yes    ☐ No ||
| **VIII. Related Case:**        Judges: ||

Non-Statutory, Natural Law Form                                                                                   Page 2 of 4

Original jurisdiction common law

| | |
|---|---|
| 12-28-2021 | Andromeda Cheryl Robinson-Washington |
| Date | Signature of Plaintiff, counsel of record |

**COURTHOUSE ASSIGNMENT**

*Magistrate is to be designated by the Clerk of the Court.*

Magistrate _____ is so designated.
_____, Clerk of Court by _____ Deputy Clerk, DATED _____

---

1 "'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903.; The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

**CLERK IS TO FILE 18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) …(c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked." (Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States…

Original jurisdiction common law

2 <u>American Jurisprudence Constitutional Law § 326</u> "<u>Free Justice and Open Courts</u>: Remedy for All Injuries. – In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, Chapter 40, which provides: "We will sell to no man. We will not deny to any man either justice or right. The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of corrupt Judiciary in demanding oppressive gratuities for giving or withholding decision in pending causes. it was been appropriately said that in a free government that doors of litigation are already wide open and must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself."

3 "Plaintiff should <u>not be charged fees</u> or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff, who is a natural individual and entitled to relief" (Hale v. Henkel 201 U.S. 43).

4 "**Law of the land**," "due course of law, and due process of law are synonymous". People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.